For The Western District of W.V.
Federal Court Building
Charleston, West Virginia 25305

Page 1 of 7

FILED
MAR 27 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## Claim of Civil Action Complaint
The Plaintiff does Wish To be Herd by A Jury

Case No.

Plaintiff:    # 33405-013
Michael S. Garbey, US Prison, P.O. Box 12015, Terre Haute Indiana 47808
  VS.

Civil Action No. 2:09-0313

Defendants
1) The United States of America
2) Congress, Washington DC
3) The US Department of Justice. 950 P.A. Ave. NW. Washington DC
4) Federal Judge Irene M. Keeley, US Federal Court, Northern District of West VA. P.O. Box 2808 Clarksburg West VA. 26302-2808

(Claim of Suit)

For exceptance of responsability For Federal Judge Irene M. Keeley of the US Federal Courts For Clarksburg West VA. Steping outside He bounds of Judicial Capacity and "intentionaly" Makeing An unlawful Administrative order by rongFuly instructing A Court Functionary being US Marshells To seize Mr. Garbeys Person, To unlawfuly Transport Him To A Certain State Facility outside and beyond That particuler Jurisdiction or County and To intern instruct The employees of That State Facility To illegaly and unjustifiably "Again" incarsarate And Process Mr. Garbey on The Same Priorly (4) other Times used Fugitive charges From the State of Virginia, That Judge Keeley personaly Herself Knew To be illegal "without" any Governers Rendition warrent, That resulted in Harm To Mr. Garbey, "After" He Had personaly notifyed several Members of Congress, John D. Rockkofello, Shelly M. Capito, Nick J. Rahla and Mollihan. Judge Keeley And The US Senate Robert C. Byrd of The (4) prior Arrests

(Chain of Events)

Where on about January 23, 2006, just after a Federal Jury Trial in the Courts of Clarksburg West VA., while personally "knowing" this Fugitive Proceedings had been priorly dismissed (4) other times and "knowing" that any other arrest on those same fugitive charges to be "illegal" without a Governors Rendition Warrent.

Where the issues of these Fugitive Proceedings had been priorly argued in open court before Judge Keeley by A.T.F. Young, US Prosecuter Godwin and Mr. Gorbey, giveing Judge Keeley "Full" Knowledge of the (4) prior dismissals, yet she still later "intentionaly" gave an "unlawful" administrative order to the US Marshells working the courtrooms "after" Mr. Gorbey was found not guilty in her courtroom by a Jury on other charges resulting from the (3rd) illegal arrest on those same Fugitive charges from the State of Virginia.

Federal Judge Keeley made an administrative order to a Court Functionary, to take Mr. Gorbey into custody (to seize his person) to transport him "out" of the County of Clarksburg (where they did at that time obtain their own local county jail) back to Dodridge County West Virginia, where Mr. Gorbey had been illegaly held (3) other times on those same Fugitive Proceedings and to incarserate and again re-process him on those same illegal Proceedings.

Where Mr. Gorbey was held some (3) days "before" seeing any Magistrate or recieving any thing in writeing showing why he was being held.

Where then after fileing a Pro-se Writ of Habeas Corpus, Dodridge County Circuit Court Judge Holland did dismiss the proceedings releasing Mr Gorbey after about (30) days of illegal Jail Confinement "without" bond. in West VA. Case no 06-P-2 Being the (5th) illegal arrest for those same Fugitive charges.

Judge Keeleys Actions were "intentionaly" unlawful For the issues of the Fugitive Charges Had been priorly Argued before Her in open Court, With the Court being instructed that both Cronover vs. State And West VA Code 5-1-7 Through 5-1-13 Fugitive From Justice, "clearly" Argues. That.

Once Fugitive Proceedings Have been Properly dismissed and the Defendant released, the Proceedings Can not be lawfuly re-aplyed Without the issueance Of A Properly executed Governers Rendition Warrent.

Where both Also Cite that extrodition is primaroly Controled by Federal law, And Has its origions under Federal Constitutional Provisions but Congress is Authorized To regulate interstate Extrodition of Fugitives.

* Where if Judge Keeley Had chosen To Herself illegaly re-aply the Fugitive charge And Held The Proceedings before Her, in Her Court. (Where Actualy, once they were brought To Her Attention And The issues were raised in Her Court, She did Hold All Authoritys And Jurisdictions over the issues, And Had To by law of given Mr. Gorbey An opertunity to be Herd and an opertunity To File A Writ With Her Court.)

Where she Then Could Have done A number of illegal Things that Would Have Fallen Within Her bounds of Judicial Capasitys, or Her Absolute Direritive immunitys,

However, she did "not", And instead simply, brushed Away the issues And Made An "illegal" And "unjustified" Administrative order (As A Sheriff instructs A Deputy) or (A Cook instructs A Waiter To Serve A dish) or (A Manager instructs A Stock person To Fill The shelves) And she Had the US Marshells instigate An illegal Act infront of County And State Police Whom "Had" themselves Priorly Committed That Same unlawful Act, setting A

bad example, For they, those Police, did again re-arrest Mr. Gorbey (2) other Times "After" Judge Keeley Had This done To Him being A Total of (7) illegal Arrests in All For these same charges. The Fugitive issues Were not docketed or lodged on the record before Judge Keeley, She refused To Hear Them "After" Knowing them to be illegal. Therefor Her Actions Could "not" be Within Her Judicial Capacity, And To order the US Marshells To Commit An Act Could "only" be Administrative.

(Points And Arguments)

Constitution of the United States of America

(Article III)
Section 1. The Judicial powers of the United States, shall be vested in one Supreme Court, And in such inferior Courts As The Congress May From Time To Time "ordain and establish the Judges", both of the Supreme And inferior Courts, shall Hold Their office "only" during good behaviour.

Cynthia A Forrester vs. Howard Lee White 484 U.S. 219, 98 L.Ed.2d 555, 108 S.CT 538 (1988)
Section 4. United States §9 Congressional immunity
4. Absolute official immunity is Created For Members of the United States Congress by the "Speech And debate Clause" of the United States Constitution (Art I §6, Cl 1) but The scope of The Protection does "not" extend Further than the Perpose of the Clause requires.
Therefore, Congress "Can" be Held responsible For Any Actions intentionaly rong or unlawful by their Judges, "Especially" Any

intentional" Actions that are a "Farce and Mockery to Justice" that have resulted in harm to others.

McCray vs. State of Maryland 456 F.2d 1 (1972)

4. Judges

When Judges act in a non Judicial Capacity he or she Pro Tanto loses Absolute Judicial immunity and "is" subject to liability as any other state official.

5. Civil Rights.

Those immunitys from suit which have been read into Federal Civil Rights statutes derive from those existing at Comon law. 42 U.S.C.A. 1983.

Lynch vs. Johnson 420 F.2d 818 (6th Cir 1970)

Cf Ex parte Virginia 100 U.S. 339, 25 L.Ed 676 (1879)

Cynthia A Forrester vs. Howard Lee White 484 U.S. 219, 98 L.Ed.2d 555, 108 S.Ct 538 (1988)

Actions §1. damages – suits – purpose.

2. Suits for Money damages "are" meant (1) to Compensate victoms of wrongful actions. And (2) To discorage Conduct that may result in liability.

* Judges §14, immunity – Functional Approach

8. In the attempt to draw the line between Truly Judicial Acts for which immunity from suits for Monetary damages is so appropriate, and acts that simply have happened to have been done by Judges, immunity – as in other Contexts – is Justified and defined by the Functions such immunity Protects and serves, "not" by the person to whom immunity Attaches. Although there is no precise and general definition of the class of acts which are entitled to Judicial immunity. There is a simple intelligible distinction between Judicial Acts and the administrative, legislative or executive Functions that

Judges May on occasion be assigned by law to perform.

Suits for Monetary damages are meant to compensate the victomes of wrogful actions and to discorage conduct that may result in liability. To the extent that the threat of liability encorages these officials to carry out their dutys in a lawful and appropriate manner. and to pay their victoms when they do not, it accomplishes exactly just what it should.

Where Judge Keeley ordered US Marshells to perform an act that was "not" in regard to the dutys of the courts judicial process. And was "Clearly" an administrative order (as a superviser administratively instructs a lesser ranked employee) while she "personaly" knew the actions she was ordering were illegal acts. "Knowing" that "any" re-arrest on those same Fugitive charges were to be illegal "without a Governers Rendition warrent.

Where in doing so, the Judge is "not" aforded "any" absolute or judicial immunitys and she "is" liable for damages through civil actions. For their intentional, unlawful. and also administrative acts.

IN ex parte virginia 100 U.S. 339, 25 L.Ed 676 (1880)

Therefore, by "all" of the reasons above and any others that may aply. MR Gorbey does use his Civil Rights to File a civil action complaint of suit agenst the Defendants named in this complaint. Aledging that Judge Keeleys unlawful Actions have caused harm to MR. Gorbey and she as well as the others named as defendants are responsible and liable for her rongful administrative actions.

(Claim Amount Sought For relief)

For exceptance of responsability For Federal Judge Irene M. Keeley of the US Federal Courts of Clarksburg West Virginia stepping outside Her bounds of Judicial Capacity and rongfuly "intentionaly" Makeing an "unlawful" Administrative order by rongfuly instructing A Court Functionary being US Marshells to Seize Mr. Gorbeys Person, To unlawfuly Transport Him To A Certain "state" Facility outside and beyond that porticuler Jurisdiction or County And To then intern instruct the employees of The State Facility To "Again" illegaly and unjustifiably incarsorate Mr. Gorbey And To process Him on Fugitive Proceeding From the State of Virginia, that They "All" but Most importantly Judge Irene M. Keeley "personaly" Knew Herself To be "illegal" Without Any Governors Rendition Warrent, that resulted in Harm To Mr. Gorbey.  $1,250,000.00 Cash.
1 Million 250 Thousand Dollars Cash.
And injunctive relief, For Judge Irene M. Keeley To be removed From the bench of the US Federal Courts, And "not" be permitted to "ever" Again Work For "Any" US Court, State Court or Attorneys Bar Within "Any" State of The United States of America ever "Again"
And All processing and Fileing Fees For this Civil Action Complaint of Suit.

Reserves.
Mr. Gorbey reserves All rights Aforded To Him in A Civil Action Complaint of Suit. (MSG)

Respectfuly,
Michael S. Gorbey
33405-013
US Prison
P.O. Box 12015
Terre Haute, Indiana 47808



Michael S. Gerhey
Name
33465-013
Reg. No.

☐ Federal Prison Camp
P.O. Box 2014
Terre Haute, IN 47801

☐ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☑ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Legal

INMATE IDENTIFICATION CONFIRMED

TERRE HAUTE IN 478
25 MAR 2009 PM 1 T

Clerk of Court
United States District Court
For the Western District of WV
Federal Court Building
Charleston, West Virginia 25301

U.S. Penitentiary
Terre Haute, IN 47808
Date _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.